ALICE M. LANG, as Administratrix of the Estate of EARL A. LANG, Deceased, Respondent, *v.* CITY OF TROY, Appellant.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument and a stay granted. (See 282 N. Y. 607.)

In the Matter of the Probate of the Will of FLORA J. ALLEN, Deceased.

LENA DUNHAM et al., Appellants; MONROE M. SWEETLAND, as Executor of FLORA J. ALLEN, Deceased, et al., Respondents.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 492.)

OLIVE COAT COMPANY, INC., Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted May 20, 1940; decided May 28, 1940.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* of counsel), for motion.

*Emanuel Redfield* opposed.

Motion denied with leave to renew upon the argument.